IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DALE ELLINGTON                                                                          PLAINTIFF

v.                              No. 4:23-cv-284-DPM

WESTLAKE FINANCIAL SERVICES
and POSH AUTOMOTIVE LLC                                                            DEFENDANTS

ORDER

1. Motion to dismiss, *Doc. 5*, denied as moot. Ellington timely amended his complaint as a matter of course. Fed. R. Civ. P. 15(a)(1)(B).

2. Motion to compel arbitration, *Doc. 7*, denied without prejudice as moot. Edwards is no longer a party to this lawsuit based on the amended complaint, *Doc. 10*. Edwards and Westlake are, of course, free to pursue arbitration as agreed, *Doc. 11*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2022