# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DALE ELLINGTON**　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 4:23-cv-284-DPM

**WESTLAKE FINANCIAL SERVICES**　　　　　　　**DEFENDANT**

### ORDER

Unopposed motion for Protective Order, *Doc. 75*, granted as modified. A Protective Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 April 2025