IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARON EDWARDS and
DALE ELLINGTON                                                               PLAINTIFFS

v.                       No. 4:23-cv-284-DPM

WESTLAKE FINANCIAL SERVICES;
POSH AUTOMOTIVE LLC; JOHN DOES
1-5                                                                          DEFENDANTS

## JUDGMENT

1. All of Laron Edwards's claims are dismissed without prejudice.

2. Dale Ellington's Fair Credit Reporting Act claim against Posh Automotive is dismissed with prejudice. His conversion and recission claims against Posh are dismissed without prejudice.

3. All of Ellington's claims against Westlake Financial are dismissed with prejudice.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

17 November 2025